James H. Berry, Jr. (State Bar No. 075834)
Kate LaQuay (State Bar No. 178250)
LANDAU GOTTFRIED & BERGER LLP
1801 Century Park East, Suite 700
Los Angeles, California 90067
Telephone: (310) 557-0050
Facsimile: (310) 557-0056
Email: jberry@LGBFirm.com
Email: klaquay@LGBFirm.com

Attorneys for Defendant FRITO-LAY, INC.

Michael J. Freiman, Esq. (State Bar No. 280716)
LAW OFFICE OF MICHAEL FREIMAN
100 Wilshire Blvd., Ste. 700
Santa Monica, California 90401
Telephone: (310) 917-1022
Facsimile: (888) 835-8511
mike@employlegal.com

Attorney for Plaintiff ASHLEY JOHNSON

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ASHLEY JOHNSON, <br><br> Plaintiff, <br><br> v. <br><br> FRITO-LAY, INC.; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No. 1:19-CV-00071-LJO-SKO <br><br> **JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE AND SUBMISSION OF JOINT SCHEDULING REPORT AND ORDER** <br><br> **(Doc. 3)** |

- 1 -
**JOINT STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER**

1  This Stipulation is entered into by and between Plaintiff Ashley Johnson ("Plaintiff") on the one hand, and Defendant Frito-Lay, Inc. ("Defendant"), on the other hand, by and through their undersigned counsel of record, with reference to the following facts and recitals:

WHEREAS, on January 16, 2019, this Court issued an Order setting a Mandatory Scheduling Conference for March 26, 2019, at 9:30 a.m. (Dkt. No. 2) and requiring that the parties file a Joint Scheduling Report one (1) full week prior to the Scheduling Conference;

WHEREAS, Counsel for Defendant is unavailable to attend the Mandatory Scheduling Conference because of a previously-scheduled vacation out of the country;

WHEREAS, the Parties stipulate and agree that a continuance of the Mandatory Scheduling Conference to May 7, 2019, at 9: 30 a.m. is necessary so that Defendant's lead trial counsel can be available to participate in the Mandatory Scheduling Conference.

It is therefore STIPULATED AND AGREED, by and between the undersigned counsel that the Mandatory Scheduling Conference currently set for March 26, 2019, be continued to May 7, 2019, at 9:30 a.m. The Parties will submit a Joint Scheduling Report by no later than one week prior to the date of the continued Mandatory Scheduling Conference.

DATED:  Feb. 1, 2019                    Respectfully submitted,

                                              LANDAU GOTTFRIED & BERGER LLP
                                              James H. Berry, Jr.
                                              Kate LaQuay

                                              By /s/ *James H. Berry, Jr.*
                                                        James H. Berry, Jr.
                                              Attorneys for Defendant
                                              FRITO-LAY, INC.

| | | |
|---|---|---|
| DATED: Feb. 1, 2019 | | LAW OFFICE OF MICHAEL FREIMAN |

By /s/ *Michael Freiman*
Michael Freiman
Attorneys for Plaintiff
ASHLEY JOHNSON

## **ORDER**

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference scheduled for March 26, 2019, is continued to **May 9, 2019, at 9:45 a.m.,** in Courtroom 7 of the United States District Court, Eastern District, Fresno Division. Parties may appear telephonically. A Joint Scheduling Report shall be electronically filed in CM/ECF one (1) full week prior to the Mandatory Scheduling Conference, and shall be e-mailed, in Word format, to skoorders@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **February 4, 2019**     /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE